Coume v. State, 127 Tex.Cr.R. 523, 78 S.W. 2d 203; Shelburne v. State, 111 Tex.Cr.R. 182, 11 S.W.2d 519; Mitchell v. State, 36 Tex.Cr.R. 278, 33 S.W.· 367, 36 S.W. 456.

The court, in its charge, adequately instructed the jury on the law applicable to the facts, and no objections were made· thereto. It occurs to us that the last question presented by appellant was a question of fact, which was decided adversely to him.

Finding no reversible error in the record, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

GRAVES, J., absent.

## DUNN v. STATE.
### No. 19212.

Court of Criminal Appeals of Texas.
Nov. 17, 1937.

W. D. Justice, of Athens, and T. M. Reid, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge. ·

The conviction is for cattle theft; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The facts heard upon the trial are not brought forward for review. No · complaint of the rulings of the trial court has been presented by bills of exception.

The judgment is affirmed.

## WASHINGTON v. STATE.
### No. 19218.

Court of Criminal Appeals of Texas.
Nov. 17, 1937.

Joe Bailey Humphreys, of Crockett, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is rape; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception. In the absence of the evidence which was adduced in the trial court, we are unable to appraise the matters presented in the motion for new trial.

No error having been perceived or pointed out, the judgment is affirmed.